# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

**Bill To:**

Customer Name

Customer Address

City, State, Zip                              , ,

**For Project**

NYSD Grand Sichuan74 Aidi 15-cv-2950
Lin, Yun Jian v

| Employee | Date | Work Description | Billable | Rate | Fees | |
|---|---|---|---|---|---|---|
| George Byun5 | 10/28/15 | Substitution of Attorney AO154 created and filed | 0.33 | 250 | 83.33 | |
| JOHN TROY9 | 10/28/15 | Draft letter to previous attorney client retained us | 0.25 | 450 | 112.50 | |
| George Byun5 | 11/11/15 | Downloaded website | 0.17 | 250 | 41.67 | |
| JOHN TROY9 | 11/20/15 | Drafted stipulation to vacate default judgment and proposed order | 1.00 | 450 | 450.00 | |
| JOHN TROY9 | 11/25/15 | Completed damage calculations | 1.08 | 450 | 487.50 | |
| JOHN TROY9 | 01/05/16 | Review def's answer to complaint | 0.78 | 450 | 352.50 | |
| JOHN TROY9 | 01/13/16 | Review Adjournment Letter | 0.08 | 450 | 37.50 | |
| George Byun5 | 04/04/16 | Drafting Motion Papers for MCCC | 2.50 | 250 | 625.00 | |
| George Byun5 | 04/04/16 | Drafting Amended Complaint | 3.00 | 250 | 750.00 | |
| JOHN TROY9 | 04/04/16 | Draft and File Amended Complaint | 2.25 | 450 | 1012.50 | |
| George Byun5 | 04/08/16 | Updated Case Notes | 0.33 | 250 | 83.33 | |
| George Byun5 | 04/18/16 | Research to Oppose Def's Motion to enforce settlement | 0.83 | 250 | 208.33 | |
| George Byun5 | 04/19/16 | Research and Draft Oppose Def's Motion to enforce settlement | 3.00 | 250 | 750.00 | |
| George Byun5 | 04/20/16 | Research and Draft Oppose Def's Motion to enforce settlement | 3.33 | 250 | 833.33 | |
| George Byun5 | 04/21/16 | Drafting Oppose Def' Motion to enforce settlement | 1.17 | 250 | 291.67 | |
| Joseph Myers5 | 05/03/16 | Drafting Motion for TRO | 2.00 | 250 | 500.00 | |
| George Byun5 | 05/04/16 | Drafting Letter of Opposition of Withdrwal | 3.00 | 250 | 750.00 | |
| Joseph Myers5 | 05/04/16 | Conducted Search for Landlord Information | 0.50 | 250 | 125.00 | |
| Joseph Myers5 | 05/09/16 | Draft Letter and Subpoena for Landlord | 1.00 | 250 | 250.00 | |
| Joseph Myers5 | 06/06/16 | Conducted Liquor License Search | 0.25 | 250 | 62.50 | |
| Joseph Myers5 | 06/08/16 | Revise and Send Discovery Requests | 0.50 | 250 | 125.00 | |
| Joseph Myers5 | 06/09/16 | Revised and ECFed Opposition to Withdrawal | 0.50 | 250 | 125.00 | |
| George Byun5 | 06/23/16 | Traveling to SDNY Manhattan | 1.50 | 250 | 375.00 | |
| George Byun5 | 06/23/16 | Motion Hearing to Enforce Settlement | 0.67 | 250 | 166.67 | |
| Peter Pan3 | 06/24/16 | Added Damage Calculation for opt-in client Zhao,Weiting | 0.27 | 150 | 40.00 | |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

Friday, June 1, 2018

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Joseph Myers5 | 07/14/16 | Draft Supplemental Interrogatories | 0.25 | 250 | 62.50 |
| JOHN TROY9 | 07/14/16 | Draft Second Amended Complaint, Adding Delivery Vehicle Claim; Adding 34th St and AIDI JC, LLC as Corporate Defendants; Linking Grand Sichuan 74 and Grand Sichuan NY as Enterprise | 3.50 | 450 | 1575.00 |
| Joseph Myers5 | 07/14/16 | Draft Non-Party Subpoena and Cover Letter for New Owners | 0.33 | 250 | 83.33 |
| Joseph Myers5 | 07/14/16 | Draft MCCC | 3.00 | 250 | 750.00 |
| JOHN TROY9 | 07/27/16 | Grand Sichuan 74 Confer Li, Yong Jun to Verify Work Period and Time | 1.58 | 450 | 711.00 |
| JOHN TROY9 | 07/27/16 | Grand Sichuan 74 Confer Weng, Li to Verify Work Period and Time | 0.64 | 450 | 288.00 |
| JOHN TROY9 | 07/27/16 | Grand Sichuan 74 Confer Zhang, Yaqiang to Verify Work Period and Time | 0.85 | 450 | 382.50 |
| JOHN TROY9 | 07/27/16 | Grand Sichuan 74 Confer Ding, Weiwei o Verify Work Period and Time | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/27/16 | Grand Sichuan 74 Confer Zhao, Weiting to Verify Work Period and Time | 0.23 | 450 | 103.50 |
| JOHN TROY9 | 07/29/16 | Confer Clients RE Work verification Period and Time, Update Case Status and Discuss Case Strategy | 2.37 | 450 | 1066.50 |
| Joseph Myers5 | 08/02/16 | Draft Opposition to Motion to Withdrawal | 2.07 | 250 | 516.67 |
| Joseph Myers5 | 08/10/16 | Research for Opposition to Motion to Withdraw | 0.53 | 250 | 133.33 |
| George Byun5 | 08/11/16 | Telephone Status Conference | 0.50 | 250 | 125.00 |
| Joseph Myers5 | 08/11/16 | Draft Stipulation for Amended Complaint and Email to OC | 0.20 | 250 | 50.00 |
| Joseph Myers5 | 08/15/16 | Draft Opposition to Motion to Withdraw | 1.82 | 250 | 454.17 |
| George Byun5 | 08/24/16 | Calling OC and draft no objection letter | 0.50 | 250 | 125.00 |
| JOHN TROY9 | 08/25/16 | intake with clients zhu, yu hai | 0.83 | 450 | 375.00 |
| George Byun5 | 08/26/16 | Researching and Drafting Motion To Compel and Sanction (Discpline Attorney) | 6.00 | 250 | 1500.00 |
| Joseph Myers5 | 08/29/16 | Draft Motion for Leave to File Amended Complaint | 1.28 | 250 | 320.83 |
| Joseph Myers5 | 08/29/16 | Draft Motion for Leave to File Amended Complaint | 1.28 | 250 | 320.00 |
| Joseph Myers5 | 08/30/16 | Draft Motion for Leave to File Amended Complaint | 1.75 | 250 | 437.50 |
| Joseph Myers5 | 08/30/16 | Draft Motion for Leave to File Amended Complaint | 1.10 | 250 | 275.00 |
| Joseph Myers5 | 09/01/16 | Draft Motion for Leave to File Amended Complaint | 0.87 | 250 | 217.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

Page 2 of 9

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Joseph Myers5 | 09/02/16 | Draft Motion for Leave to File Amended Complaint | 0.40 | 250 | 100.00 |
| Joseph Myers5 | 09/02/16 | Revise Motion for Leave to File Amended Complaint | 0.55 | 250 | 137.50 |
| Joseph Myers5 | 09/06/16 | Draft Motion for Leave to File Amended Complaint | 0.50 | 250 | 125.00 |
| Joseph Myers5 | 09/12/16 | Revise Motion for Leave to File Amended Complaint | 1.17 | 250 | 292.50 |
| Joseph Myers5 | 09/12/16 | Revise Second Amended Complaint | 0.42 | 250 | 105.00 |
| George Byun5 | 09/29/16 | Telephone Conference before Judge Fox | 0.33 | 250 | 83.33 |
| Joseph Myers5 | 10/12/16 | Draft Request for Summons for Amended Complaint and Research Service Methods for Amended Complaint | 0.73 | 250 | 183.33 |
| Joseph Myers5 | 10/13/16 | Draft and File Request for Summons for New Defendants | 0.28 | 250 | 70.83 |
| Joseph Myers5 | 10/13/16 | Research Addresses for New Defendants | 0.28 | 250 | 70.83 |
| Maggie Huang3 | 11/15/16 | update damage calc | 0.50 | 150 | 75.00 |
| William Lou4 | 11/23/16 | review files to confer w JT | 1.50 | 200 | 300.00 |
| William Lou4 | 12/16/16 | meeting to discuss service of amended complaint on new and old defendants | 0.75 | 200 | 150.00 |
| JOHN TROY9 | 12/16/16 | meeting to discuss service of amended complaint on new and old defendants | 0.75 | 450 | 337.50 |
| Tracy Ann-Ulett3 | 12/16/16 | meeting to discuss service of amended complaint on new and old defendants | 0.75 | 150 | 112.50 |
| William Lou4 | 12/16/16 | review files | 1.00 | 200 | 200.00 |
| William Lou4 | 12/19/16 | review files, finalize amended complaint, service of amended complaint on new defendants | 2.50 | 200 | 500.00 |
| William Lou4 | 12/20/16 | service of amended complaint on old defendants | 0.50 | 200 | 100.00 |
| William Lou4 | 12/30/16 | Affidavits of service for 8 new defendants and 5 original defendants, discuss w JT | 1.00 | 200 | 200.00 |
| William Lou4 | 01/06/17 | client spreadsheet | 0.25 | 200 | 50.00 |
| William Lou4 | 01/12/17 | review documents sent by new OC | 0.50 | 200 | 100.00 |
| William Lou4 | 01/30/17 | review file | 0.50 | 200 | 100.00 |
| William Lou4 | 02/01/17 | emails with OC | 0.25 | 200 | 50.00 |
| William Lou4 | 02/02/17 | further review of file | 0.25 | 200 | 50.00 |
| William Lou4 | 02/02/17 | email to OC | 0.10 | 200 | 20.00 |
| William Lou4 | 02/15/17 | review stipulation to change attorney | 0.20 | 200 | 40.00 |
| Bingyu Huang3 | 02/16/17 | Damage Calculation Zhu yuhai | 1.40 | 150 | 210.00 |
| JOHN TROY9 | 02/21/17 | Review case file re new Defendants Aidi & Tel Conf with MJ Fox | 1.30 | 450 | 585.00 |
| William Lou4 | 02/25/17 | review scheduling order | 0.25 | 200 | 50.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| William Lou4 | 02/25/17 | review file, client info, spreadsheet, ctbpp | 0.50 | 200 | 100.00 |
|---|---|---|---|---|---|
| William Lou4 | 04/02/17 | client Lin came in to speak about case | 0.10 | 200 | 20.00 |
| William Lou4 | 04/04/17 | TRO and PI Motion | 1.33 | 200 | 266.00 |
| George Byun5 | 04/05/17 | Review TRO Motion | 0.25 | 250 | 62.50 |
| William Lou4 | 04/05/17 | edits to TRO, affidavit | 0.25 | 200 | 50.00 |
| William Lou4 | 04/06/17 | email and call w OC Cosco | 0.17 | 200 | 34.00 |
| William Lou4 | 04/07/17 | review mj fox order on motion for ext of time for disc, review dj abrams setting teleconf | 0.17 | 200 | 34.00 |
| William Lou4 | 04/10/17 | conf w GB OC DJ Abrahms | 0.20 | 200 | 40.00 |
| William Lou4 | 04/10/17 | draft and finalize stip for TRO, send to Costo for review | 0.40 | 200 | 80.00 |
| William Lou4 | 04/10/17 | review and research sample stip for TRO, also send to OC Costo | 0.17 | 200 | 34.00 |
| William Lou4 | 04/10/17 | conf w JT GB | 0.25 | 200 | 50.00 |
| George Byun5 | 04/10/17 | Preparing for Telephone Conference | 0.33 | 250 | 82.50 |
| William Lou4 | 04/10/17 | research into Groupo Mexicano scotus case | 0.25 | 200 | 50.00 |
| George Byun5 | 04/10/17 | Analyzing Case Laws re: TRO | 0.28 | 250 | 70.00 |
| William Lou4 | 04/10/17 | emails and calls w OC Costo re scheduling, tro, stip | 0.25 | 200 | 50.00 |
| George Byun5 | 04/10/17 | Telephone Conference | 0.38 | 250 | 95.00 |
| William Lou4 | 04/11/17 | phone call + email re: stip for TRO | 0.25 | 200 | 50.00 |
| William Lou4 | 04/11/17 | emails w Costo re: teleconf w mj fox | 0.17 | 200 | 34.00 |
| William Lou4 | 04/11/17 | letter motion for leave to file second memo | 0.33 | 200 | 66.00 |
| William Lou4 | 04/11/17 | amended memo for tro, pi, oa | 1.25 | 200 | 250.00 |
| William Lou4 | 04/11/17 | further research/reading/analysis for amended memo for tro, pi, oa | 0.75 | 200 | 150.00 |
| William Lou4 | 04/11/17 | further phone calls + emails re: stip for TRO | 0.20 | 200 | 40.00 |
| Bella Ho3 | 04/11/17 | Download [105] Minute Entry for proceedings held before Judge Ronnie Abrams | 0.10 | 150 | 15.00 |
| Bella Ho3 | 04/11/17 | Download Set/Reset Hearings | 0.10 | 150 | 15.00 |
| Bella Ho3 | 04/12/17 | Download [107-3] Exhibit 1 Plaintiffs Second Amended Complaint | 0.10 | 150 | 15.00 |
| Bella Ho3 | 04/12/17 | Download [107-2]Amended Memorandum of Law | 0.10 | 150 | 15.00 |
| Bella Ho3 | 04/12/17 | Download [106]Motion for Leave to File Document | 0.10 | 150 | 15.00 |
| Bella Ho3 | 04/12/17 | Download [107] Motion for TRO | 0.10 | 150 | 15.00 |
| William Lou4 | 04/12/17 | review status w jt, case management | 0.25 | 200 | 50.00 |
| Bella Ho3 | 04/12/17 | Download [107-5]Exhibit 3 Affidavit of John Troy | 0.10 | 150 | 15.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Bella Ho3 | 04/12/17 | Download [107-4]Exhibit 2 Defendants Answer to the Second Amended Complaint | 0.10 | 150 | 15.00 |
| William Lou4 | 04/12/17 | review file, update jt on case | 0.30 | 200 | 60.00 |
| JOHN TROY9 | 04/12/17 | teleconf w wl mj fox and d'oro re: case status, moving forward | 0.40 | 450 | 180.00 |
| Bella Ho3 | 04/12/17 | Download [107-1]Declaration of John Troy | 0.10 | 150 | 15.00 |
| William Lou4 | 04/12/17 | teleconf w jt mj fox and d'oro re: case status, moving forward | 0.40 | 200 | 80.00 |
| William Lou4 | 04/13/17 | revised mccc - begin working on notice of motion, declaration, notice of pendency, consent form, publication order | 1.75 | 200 | 350.00 |
| William Lou4 | 04/13/17 | review def opposition to motion for tro pi oa | 0.30 | 200 | 60.00 |
| William Lou4 | 04/13/17 | review file, docket, emails, intake | 0.75 | 200 | 150.00 |
| William Lou4 | 04/13/17 | find, prepare, and file ctbpp | 0.25 | 200 | 50.00 |
| William Lou4 | 04/13/17 | coordinate w office to have new clients come in for affidavits | 0.17 | 200 | 34.00 |
| William Lou4 | 04/14/17 | review intake for all clients, consolidate in preparation for court teleconf | 0.50 | 200 | 100.00 |
| Bella Ho3 | 04/14/17 | MCCC affidavit intake w Zhu - interpretation | 0.83 | 150 | 124.50 |
| William Lou4 | 04/14/17 | further research on tro pi ao stuff | 1.25 | 200 | 250.00 |
| William Lou4 | 04/14/17 | review file for completeness, spreadsheet adaptions from personal to database | 0.33 | 200 | 66.00 |
| Bella Ho3 | 04/14/17 | Translate to client ZHU, YU HAI | 0.58 | 150 | 87.00 |
| Bingyu Huang3 | 04/14/17 | 1003 Set Up the Text Message, WeChat & Line Zhu, Yuhai | 1.40 | 150 | 210.00 |
| Bella Ho3 | 04/14/17 | 1201 Draft Damages Calculation Chart 0.6+0.8p Youmin Shen | 1.40 | 150 | 210.00 |
| Bella Ho3 | 04/14/17 | Download [111] CTBPP Youmin Shen | 0.10 | 150 | 15.00 |
| William Lou4 | 04/14/17 | review def opposition to motion more in depth as per request of jt | 0.60 | 200 | 120.00 |
| William Lou4 | 04/14/17 | MCCC affidavit intake w Zhu | 0.83 | 200 | 166.00 |
| William Lou4 | 04/15/17 | further research on tro pi ao stuff | 0.33 | 200 | 66.00 |
| William Lou4 | 04/16/17 | discovery requests - rogs, requests for doc production | 2.00 | 200 | 400.00 |
| William Lou4 | 04/17/17 | debrief of teleconf w judge w gb jt, discuss strategy moving forward | 0.25 | 200 | 50.00 |
| William Lou4 | 04/17/17 | tele conf w judge w gb | 0.40 | 200 | 80.00 |
| William Lou4 | 04/17/17 | research in prep for teleconf w judge | 0.50 | 200 | 100.00 |
| George Byun5 | 04/17/17 | Making Stretagieis and Analyzing Judge's Order | 0.18 | 250 | 45.00 |
| George Byun5 | 04/17/17 | Telehpone Conference | 0.40 | 250 | 100.00 |
| George Byun5 | 04/17/17 | Preparing for Telephone Conference | 0.17 | 250 | 42.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

right

Friday, June 1, 2018

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| William Lou4 | 04/18/17 | review judge's order on tro, pi, oa | 0.25 | 200 | 50.00 |
| William Lou4 | 04/18/17 | convene w office to arrange to have clients come in for mccc affidavits | 0.10 | 200 | 20.00 |
| Tina Chen2 | 04/19/17 | Telephone Confer Client RE Rogs + DPR+MCCC | 0.18 | 100 | 18.00 |
| Bingyu Huang3 | 04/19/17 | Translate to client Lin, Yunjian | 0.83 | 150 | 124.50 |
| William Lou4 | 04/19/17 | MCCC interview + prep | 1.25 | 200 | 250.00 |
| William Lou4 | 04/21/17 | download and review discovery requests, scan as well | 0.33 | 200 | 66.00 |
| William Lou4 | 04/24/17 | mccc interview - Weiting Zhao + prep | 1.25 | 200 | 250.00 |
| William Lou4 | 04/24/17 | update clients on status of case | 0.17 | 200 | 34.00 |
| Bella Ho3 | 04/25/17 | 1003 Set Up the Text Message, WeChat & Line  - WENG, LI | 1.40 | 150 | 210.00 |
| Bella Ho3 | 04/25/17 | Translate to client WENG, LI | 0.50 | 150 | 75.00 |
| Bella Ho3 | 04/25/17 | Translate to client LI, YONGJUN | 0.42 | 150 | 63.00 |
| Bella Ho3 | 04/25/17 | 1003 Set Up the Text Message, WeChat & Line  -  LI, YONGJUN | 1.40 | 150 | 210.00 |
| William Lou4 | 04/25/17 | mccc interview- weng | 1.25 | 200 | 250.00 |
| William Lou4 | 04/25/17 | client weng called to confirm some facts that the gave us for affidavit - no problem | 0.17 | 200 | 34.00 |
| William Lou4 | 04/25/17 | mccc interview- li | 1.25 | 200 | 250.00 |
| William Lou3 | 04/26/17 | finalize plf requests for document production, send to def | 0.66 | 150 | 99.00 |
| William Lou4 | 04/28/17 | mccc interview - zhang | 1.00 | 200 | 200.00 |
| William Lou4 | 04/28/17 | prep for mccc interview | 0.25 | 200 | 50.00 |
| Bella Ho3 | 04/28/17 | Translate to client -ZHANG, YAQIANG | 1.40 | 150 | 210.00 |
| Bella Ho3 | 04/28/17 | File doc into binder | 0.08 | 150 | 12.00 |
| Bella Ho3 | 04/28/17 | 1003 Set Up the Text Message, WeChat & Line  -ZHANG, YAQIANG | 1.40 | 150 | 210.00 |
| William Lou4 | 05/09/17 | lin affidavit - complete | 1.33 | 200 | 266.67 |
| William Lou4 | 05/09/17 | li affidavit - complete | 1.33 | 200 | 266.67 |
| William Lou4 | 05/09/17 | start zhu affidavit - incomplete | 1.00 | 200 | 200.00 |
| William Lou4 | 05/09/17 | review intakes, interview notes, amended complaint, and other files for MCCC affidavits and memo | 0.58 | 200 | 116.00 |
| William Lou4 | 05/15/17 | Responses to discovery requests (many interruptions throughout) | 4.00 | 200 | 800.00 |
| William Lou4 | 05/16/17 | review file, deadlines, database | 0.43 | 200 | 86.00 |
| William Lou4 | 05/17/17 | discovery responses | 0.47 | 200 | 93.33 |
| William Lou4 | 05/17/17 | review case w bh yh tc | 0.10 | 200 | 20.00 |
| Bingyu Huang3 | 05/17/17 | Damage Calculation Wang, Miao | 1.40 | 150 | 210.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

Page 6 of 9

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Bingyu Huang3 | 05/17/17 | Scan Verify ID & Retainer Wang, Miao | 0.08 | 150 | 12.00 |
| Bingyu Huang3 | 05/17/17 | Translate to client Wang Miao for Intake | 0.50 | 150 | 75.00 |
| Bingyu Huang3 | 05/17/17 | 1003 Set Up the Text Message, WeChat & Line | 1.40 | 150 | 210.00 |
| William Lou4 | 05/17/17 | intake, mccc interview, new client Wang | 0.67 | 200 | 133.33 |
| William Lou4 | 05/18/17 | discovery responses | 1.12 | 200 | 224.00 |
| William Lou4 | 05/18/17 | review of case, database, deadlines | 0.62 | 200 | 124.00 |
| William Lou4 | 05/19/17 | advise tl how to write and file a motion to extend discovery, give him sample, review and edit his work | 0.60 | 200 | 120.00 |
| William Lou4 | 05/22/17 | advise tl on how to proceed w motion to extend discovery | 0.17 | 200 | 34.00 |
| William Lou4 | 05/31/17 | affidavit of Zhao | 0.78 | 200 | 156.67 |
| William Lou4 | 05/31/17 | edit responses to def requests for docs | 0.67 | 200 | 134.00 |
| William Lou4 | 05/31/17 | affidavit of Zhang | 1.20 | 200 | 240.00 |
| William Lou4 | 05/31/17 | Affidavit of Li, Weng | 0.83 | 200 | 166.67 |
| William Lou4 | 05/31/17 | finalize Affidavit of Zhu | 1.17 | 200 | 233.33 |
| Bella Ho3 | 05/31/17 | Call 8 clients to ask questions | 1.00 | 150 | 150.00 |
| William Lou4 | 05/31/17 | Affidavit of Wang | 0.63 | 200 | 126.67 |
| William Lou4 | 06/01/17 | Finalize responses to document requests | 0.65 | 200 | 130.00 |
| George Byun5 | 06/02/17 | MCCC drafting | 1.00 | 250 | 250.00 |
| William Lou4 | 06/02/17 | Finalize responses to def discovery requests, send out | 2.00 | 200 | 400.00 |
| William Lou4 | 06/06/17 | work on mccc | 1.67 | 200 | 334.00 |
| Joseph Myers5 | 06/06/17 | Reviewed, edited, updated, proofread the MCCC2 | 2.33 | 250 | 582.50 |
| Joseph Indelicato5 | 06/15/17 | Attn to case status and file | 0.20 | 250 | 50.00 |
| Joseph Indelicato5 | 07/06/17 | Attn to discovery, deficiencies therein, deposition scheduling confirmation | 0.40 | 250 | 100.00 |
| George Byun5 | 07/06/17 | Case review with JT+JI, review of deadlines, | 1.00 | 250 | 250.00 |
| Joseph Indelicato5 | 07/11/17 | Reviewing case status, emailing w/counsel re depositions, discovery production, reviewing same | 0.50 | 250 | 125.00 |
| Joseph Indelicato5 | 07/12/17 | Reviewing discovery production - scan for deficiencies | 0.20 | 250 | 50.00 |
| Joseph Myers5 | 07/17/17 | communicate with OC re: deposition | 0.25 | 250 | 62.50 |
| George Byun5 | 07/17/17 | contact OC, write letter to court | 0.75 | 250 | 187.50 |
| Joseph Myers5 | 08/15/17 | communicate with OC re deposition, review case for deposition | 1.00 | 250 | 250.00 |
| Bella Ho3 | 08/18/17 | 1003 Set Up the Text Message, WeChat & Line  - Intakes 1.6+0.6n Zhao, Wei Ting | 1.40 | 150 | 210.00 |
| George Byun5 | 09/07/17 | Discussing about discovery stretagy | 0.10 | 250 | 25.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 09/07/17 | Disuccsing about discovery stretagy | 0.10 | 450 | 45.00 |
| George Byun5 | 09/20/17 | Drafting letter motion for reconsideration | 2.50 | 250 | 625.00 |
| George Byun5 | 09/20/17 | Review Case Files | 0.50 | 250 | 125.00 |
| Shuyang Xie5 | 10/10/17 | Review court order re JPTO, draft letter motion for extension of time to file JPTO, ecf letter motion | 0.50 | 250 | 125.00 |
| Shuyang Xie5 | 10/11/17 | Review and download court order re granting extension to file JPTO, mark calendar, data entry | 0.20 | 250 | 50.00 |
| George Byun5 | 10/12/17 | Drafting JPTO | 4.50 | 250 | 1125.00 |
| Shuyang Xie5 | 11/03/17 | Review court order re filing JPTO, check email, finalize JPTO and ecf | 0.50 | 250 | 125.00 |
| Shuyang Xie5 | 11/07/17 | Download JPTO | 0.18 | 250 | 45.00 |
| George Byun5 | 11/08/17 | review scheduling status conference for 20171120@1315 at Courtroom1506 | 0.25 | 250 | 62.50 |
| George Byun5 | 11/20/17 | Treveling to EDNY to SDNY | 0.50 | 250 | 125.00 |
| George Byun5 | 11/20/17 | Attending FPTC | 0.50 | 250 | 125.00 |
| Shuyang Xie5 | 12/14/17 | discuss with JT and GB re mediation, contact clients | 0.65 | 250 | 162.50 |
| Shuyang Xie5 | 12/15/17 | Review case file, contact clients re mediation | 0.35 | 250 | 87.50 |
| Shuyang Xie5 | 12/19/17 | Call clients re mediation date and place | 0.40 | 250 | 100.00 |
| Shuyang Xie5 | 12/22/17 | Download, Access and Data Entry | 0.25 | 250 | 62.50 |
| Shuyang Xie5 | 01/04/18 | Review and download dkt 134, data entry, mark calendar | 0.90 | 250 | 225.00 |
| George Byun5 | 01/04/18 | Drafting letter for adjournment | 1.10 | 250 | 275.00 |
| JOHN TROY9 | 01/15/18 | Confer Case Status Zhang, Yaqiang | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 01/18/18 | Update Settle Status with Stip issue to Clients | 1.25 | 450 | 562.50 |
| JOHN TROY9 | 01/18/18 | Draft and Send to OC Settlement Agreement | 6.60 | 450 | 2970.00 |
| JOHN TROY9 | 01/18/18 | Update Clients RE Case Status; Pending MSJ | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 04/26/18 | Prepare for 0427 conf | 1.10 | 450 | 495.00 |
| JOHN TROY9 | 04/27/18 | Status conference re Aidi 11:00-12:00 | 3.00 | 450 | 1350.00 |
| Aaron Schweitzer5 | 05/23/18 | Review Judges order compelling pltf to comply with 151o | 0.33 | 250 | 82.50 |
| JOHN TROY9 | 05/23/18 | Revise Joint Fairness to Incorporate Offer of Judgment | 0.25 | 450 | 112.50 |
| Aaron Schweitzer5 | 05/24/18 | Draft and File Joint Letter Motion for Settlement with Acceptance o fOffer of Judgment | 0.75 | 250 | 187.50 |

| | |
|---|---|
| Total Billables | **$47,849.33** |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Expense Description | Expense Date | Expense Amount | |
|---|---|---|---|
| 010 usdc Filing Fee Index Number Substitution | 10/28/15 | $400.00 | |
| 031 Site /Visit Expense | 05/14/16 | $55.00 | |
| POS Subpoena 307 Amsterdam Ave LLC | 05/17/16 | $88.00 | |
| postage mail 2.74x5 | 10/21/16 | $13.70 | |
| postage mail 2.41x5 | 12/21/16 | $12.05 | |
| 020 Serve Summons & Complaint -Yong Ming Chen | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Jian Chen | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Aidi Xu | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Cheng Chen | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Yong Shu Li | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Guang Jun Li | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -AIDI JC LLC | 12/27/16 | $75.00 | |
| 020 Serve Summons & Complaint -Grand Sichuan NY Inc dba Grand Sichuan NY | 12/27/16 | $75.00 | |
| | Total Expenses | **$1,168.75** | |

| | |
|---|---|
| Total Billables | $47,849.33 |
| Total Expenses | $1,168.75 |
| Total Payments | $0.00 |
| Outstanding | $49,018.08 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**