

# STERN LAW GROUP
## ERIC R. STERN, ESQ.

**Eric R. Stern**
*Founding Partner*
Tel.  (212) 627-9300
Cell (917) 741-3025
EStern@SternLawGroup.com

September 6, 2020

**BY ECF:**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:     **Lin v. Grand Sichuan 74 St d/b/a Grand Sichuan 74 et al.
        Case Number 15-cv-2950(RA)(KNF)**

Dear Judge Abrams:

On behalf of Defendants Yong Li Li, Yong Shu Li and Li Jiang in the referenced matter, we write pursuant to Your Honor's Individual Rules and Practices to request an additional eight (8) days'– from **September 8, 2020 to September 16, 2020** – to file objections or otherwise respond to the recent Report & Recommendation issued by the Court, dated August 13, 2020.

This is Defendants' *second* request for an extension and this request does not affect any other scheduled dates in this matter.

We sought Counsel's consent by email this morning, but have not yet heard back from them.

We thank the Court in advance for its consideration in this matter.

Respectfully submitted,

STERN LAW GROUP

Eric R. Stern, Esq.

Application granted.  No further extensions will be granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/8/2020

45 Broadway, 30th Floor | New York, NY  10006 | (212) 627-9930 | www.SternLawGroup.com