UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YUNJIAN LIN, YOUNG JUN LI, WEI WEI
DING, LI WENG TING ZHAO, YUNGHAI ZHU,
YOUMIN SHEN and MIAO WANG, on their own
And on behalf of others similarly situated,
      Plaintiff,

   -against-

GRAND SICHUAN 74 ST INC d/b/a
GRAND SICHUAN 74, GRAND SICHUAN
75 ST INC. d/b/a GRAND SICHUAN 74,
GRAND SICHUAN NY INC. d/b/a GRAND
SICHUAN NY, GUANG JUN LI, YONG
SHU LI, LI JIANG, YONG LI LI, GUANG
LI LI and CHENG CHEN,
      Defendant.
------------------------------------------------------------X

15 **CIVIL** 2950 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2021, Plaintiffs' motion for attorneys' fees is granted, except that the award of attorneys' fees shall be $47,177. Plaintiffs are awarded $2,368.80 in costs. Damages are assessed as follows: (1) $191,635.80 for Lin; (2) $81,504.69 for Li; (3) $57,781.74 for Ding; (4) $53,438.81 for Weng; (5) $28,835.20 for Zhao; (6) $58,553.34 for Shen; (7) $23,344.64 for Wang; (8) $81,076.72 for Zhu. Judge Fox's Report is adopted, with the modification to the amount of attorneys' fees mentioned above. Judgment is entered against the remaining Defendants; accordingly, the case is closed.

**Dated:** New York, New York

   February 12, 2021

                **RUBY J. KRAJICK**
                **Clerk of Court**
       BY:
                *X Mango*
                **Deputy Clerk**