UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUNJIAN LIN, YOUNG JUN LI, WEI WEI DING, LI WENG, WEI TING ZHAO, YUHAI ZHU, YOUMIN SHEN, and MIAO WANG, *on their own behalf and on behalf of others similarly situated*,

Plaintiffs,

v.

GRAND SICHUAN 74 ST. INC. d/b/a GRAND SICHUAN 74, GRAND SICHUAN 75 ST. INC. d/b/a GRAND SICHUAN 74, GRAND SICHUAN NY INC. d/b/a GRAND SICHUAN NY, GUANG JUN LI, LI JIANG, YONG LI LI, GUANG LI LI, CHENG CHEN,

Defendants.

No. 15-CV-2950 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 21, 2022, Plaintiffs requested a 30-day extension of their deadline to serve Defendant Cheng Chen with the summons and complaint. Dkt. 281. The Court granted that request but indicated that no further extensions would be granted absent good cause. Dkt. 282. To date, Plaintiffs have not filed proof of service upon Chen on the docket. No later than April 1, 2022, Plaintiff shall file such proof of service; otherwise, Chen will be dismissed from the case.

SO ORDERED.

Dated:   March 28, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge