UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUNJIAN LIN, YOUNG JUN LI, WEI WEI DING, LI WENG, WEI TING ZHAO, YUHAI ZHU, YOUMIN SHEN, and MIAO WANG, *on their own behalf and on behalf of others similarly situated*,

Plaintiffs,

v.

GRAND SICHUAN 74 ST. INC. *d/b/a* GRAND SICHUAN 74, GRAND SICHUAN 75 ST. INC. *d/b/a* GRAND SICHUAN 74, GRAND SICHUAN NY INC. *d/b/a* GRAND SICHUAN NY, GUANG JUN LI, LI JIANG, YONG LI LI, GUANG LI LI, CHENG CHEN,

Defendants.

---

No. 15-CV-2950 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 28, 2022, the Court ordered Plaintiffs to file proof of service upon Defendant Cheng Chen on the docket by April 1, 2022; otherwise, the Court would dismiss him from the case. Dkt. 283. Plaintiffs have failed to do so. Accordingly, the claims against Cheng Chen are hereby dismissed for lack of service. The Clerk of Court is respectfully requested to remove Chen from the caption.

SO ORDERED.

Dated:   April 8, 2022
          New York, New York

Ronnie Abrams
United States District Judge