UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIN, et al,

                      Plaintiffs,

-against-

GRAND SICHUAN 74 ST INC., et al,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**15-CV-2950 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties shall file a joint letter no longer than three pages by **April 25, 2022** providing a status update to the Court detailing outstanding discovery issues, pending motions, and any other court dates or deadlines.

SO ORDERED.

DATED:    New York, New York
               April 18, 2022

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge