UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIN, et al,

                        Plaintiffs,

      -against-

GRAND SICHUAN 74 ST INC., et al,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**15-CV-2950 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendants Yong Li Li and Li Jiang shall move to dismiss or answer Plaintiffs' second amended complaint by **May 26, 2022**. Plaintiffs' reply, if any, is due **June 16, 2022**. All parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an Initial Case Management Conference by **May 2, 2022**. Proposed dates should be in the first two weeks of June.

      SO ORDERED.

DATED:    New York, New York
               April 27, 2022

                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge