UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIN, *et al.*,

                               Plaintiffs,

              -against-

GRAND SICHUAN 74 ST INC., *et al.*,

                               Defendants.
-----------------------------------------------------------------X

**ORDER**

**15-CV-2950 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 30, 2023, the Plaintiffs filed a Motion to Compel discovery. Dkt. No. 331. On November 10th, the Defendants submitted a letter saying Plaintiffs "have not described a single document that remains outstanding" and that Defendants have "produced all documents in its possession." Dkt. No. 333. Since then, the Plaintiffs have not filed anything refuting Defendants' representation.

**By February 6th**, the Parties shall meet and confer and provide a joint letter updating the Court on any outstanding discovery matters. If discovery is not complete, the Plaintiffs shall explain why they have failed to contest Defendants' letter indicating the issue was moot.

**The Clerk of the Court is respectfully requested to close Dkt. Nos. 333.**

      SO ORDERED.

DATED:    New York, New York
               February 1, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge