UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUNJIAN LIN, et al.,

                Plaintiffs,

-against-

GRAND SICHUAN 74 ST INC., et al,

                Defendants.

15-CV-2950 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Discovery is now closed, and the deadline for filing on any dispositive motions has elapsed. *See* ECF No. 336. The parties previously indicated they sought referral to mediation at the close of discovery. *See* ECF No. 329.

    The parties shall file a joint letter, no later than **May 13, 2023**, confirming that they still seek a referral to mediation, and if not, whether the parties seek a referral for a settlement conference before Magistrate Judge Willis. The parties shall also confer about a trial date in November 2024 through January 2025 and submit (in the joint letter) their availability for a 7-day trial within that timeframe. Mediation or a settlement conference will not impact the trial date unless and until the parties indicate that they have reached a settlement.

Dated: May 6, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge