UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>GRAND SICHUAN 74, et al.,<br><br>        Defendants. | 15-CV-2950 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  As discussed during the case management conference on October 16, 2024, the deadline for the Joint Pretrial Statement, motions *in limine*, and submissions required by Rules 1(d) and 1(f) of the Court's Individual Trial Rules and Procedures is extended to **October 21, 2024**. Any opposing briefs are due by **October 28, 2024**. The Final Pretrial Conference will take place on **November 4, 2024**, at 11:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Parties should anticipate evidentiary issues and file the appropriate motions *in limine* in order to avoid unnecessary delays during trial.

  After ruling on all motions and prior to trial, the Court may hold a settlement conference at the request of both parties. If both parties are interested, the parties must file a joint request for this settlement conference by **October 21, 2024**. If one or both parties are not interested in a settlement conference, the parties should not file a letter.

Dated: October 16, 2024
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  _____
                  JESSICA G. L. CLARKE
                  United States District Judge