UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YUNJIAN LIN,
YONG JUN LI,
WEI WEI DING,
LI WENG,
WEI TING ZHAO,
YUHAI ZHU,
YOUMIN SHEN, and
MIAO WANG,

                          Plaintiffs,

                v.

GRAND SICHUAN 74 ST, INC.
    d/b/a Grand Sichuan 74,
GRAND SICHUAN 75 ST, INC.
    d/b/a Grand Sichuan 74,
LI JIANG,
GUANG LI LI,
YONG LI LI,
GRAND SICHUAN NY INC.
    d/b/a Grand Sichuan NY, and
GUANG JUN LI,

                          Defendants.
------------------------------------------------------------------x

Case No. 15-cv-02950 (JGLC) (JW)

**STIPULATION REGARDING
PROPOSED JURY
INSTRUCTIONS**

      The parties, by and through undersigned counsel, jointly propose that, to the extent the Court uses Plaintiffs' proposed Jury Instructions (*see* Dkt. No. 349) as the basis for the Court's final charge of the jury in this matter, that the second full paragraph in Section II(A) on Page 14 of same be amended to read as follows (blue are additions, red are strikings):

> During the trial, you will be considering the liability of Defendants Grand Sichuan 74 St, Inc. doing business as Grand Sichuan 74, Grand Sichuan 75 St, Inc. doing business as Grand Sichuan 74, Li Jiang, and Yong Li Li. You may hear or see references to Defendants Guang Li Li, Grand Sichuan NY Inc. doing business as Grand Sichuan NY, and Guang Jun Li. ~~have defaulted in this case, meaning they have admitted liability to the Plaintiffs and~~For legal reasons, you will not have to consider the~~ir~~ liability of these Defendants. You should not concern yourself with why you do not have to consider the liability of these Defendants. ~~You will be considering the liability of Grand Sichuan 74 St, Inc. doing business as Grand Sichuan 74, Grand Sichuan 75 St, Inc. doing business as Grand Sichuan 74, Li Jiang, and Yong Li Li.~~

Dated: November 8, 2024

1

2

| | |
|---|---|
| */s/ Aaron B. Schweitzer* | */s/ Eric R. Stern* |
| Aaron B. Schweitzer | Eric R. Stern |
| John Troy | |
| TROY LAW, PLLC | STERN LAW GROUP |
| 41-25 Kissena Boulevard | 15 Columbus Circle |
| Suite 110 | 15th Floor |
| Flushing, NY 11355 | New York, NY 10019 |
| (718) 762-1324 | (212) 627-9930 |
| troylaw@troypllc.com | EStern@SternLawGroup.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants Grand Sichuan 74 St, Inc., Grand Sichuan 75 St, Inc., Li Jiang, and Yong Li Li* |

2