

**STERN LAW GROUP**

MEMO ENDORSED

Application GRANTED. Submissions due by the proposed dates below. The Clerk of Court is directed to terminate ECF No. 360.

ERIC R. STERN, ESQ.
Founding Partner
Cell (917) 741-3025
EStern@SternLawGroup.com

SO ORDERED.    Dated: January 7, 2025
                      New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

January 6, 2025

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Court | Southern District of New York
500 Pearl Street | New York, NY 10007

    Re:   *Lin v. Grand Sichuan 74*, Case Number 15-cv-2950 (JGLC)

Dear Judge Clarke,

We write on behalf of the Defendants pursuant to Rule 2(e) of Your Honor's Individual Practices to respectfully request a first extension of time to submit post-hearing submissions in this matter. Specifically, we propose the following revised schedule:

- Initial Briefs: January 13, 2025 (from January 7, 2025)
- Opposition Briefs: [Proposed Revised Date, e.g., February 1, 2025]
- Reply Briefs: [Proposed Revised Date, e.g., February 10, 2025]

I have reached out to counsel for Plaintiffs twice—on Friday, January 3, and again today, January 6—to obtain their consent to this request *but have not yet received a response*.

This is the *first* request for an extension of these deadlines.

The requested extension is necessary due to an important and unforeseen personal obligation that required additional time out of the office during the holiday season. If the Court requires further details, I would be happy to provide them.

Other than the adjustments indicated above, the requested extension would not affect any other deadlines or scheduled appearances in this matter.

We thank the Court for its consideration and attention to this request.

Respectfully submitted,

STERN LAW GROUP

*Eric R. Stern*

Eric R. Stern, Esq.