**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
YUNJIAN LIN,
YONG JUN LI,
WEI WEI DING,
LI WENG,
WEI TING ZHAO,
YUHAI ZHU,
YOUMIN SHEN, and
MIAO WANG,

                           Plaintiffs,

          v.

GRAND SICHUAN 74 ST, INC.
    d/b/a Grand Sichuan 74,
GRAND SICHUAN 75 ST, INC.
    d/b/a Grand Sichuan 74,
LI JIANG,
GUANG LI LI,
YONG LI LI,
GRAND SICHUAN NY INC.
    d/b/a Grand Sichuan NY, and
GUANG JUN LI,

                           Defendants.
-------------------------------------------------------------------x

Case No. 15-cv-02950 (JGLC) (JW)

**JUDGMENT**

    It is hereby ORDERED, ADJUDGED, AND DECREED: that for the reasons stated in the Court's Order dated **May 5, 2025**, and pursuant to Rule 58(b)(2) of the Federal Rules of Civil Procedure, judgment is entered in favor of Plaintiffs, as follows:

1. For Plaintiff YUNJIAN LIN, jointly and severally from Defendants GRAND SICHUAN NY INC. d/b/a Grand Sichuan NY, GUANG LI LI, and GUANG JUN LI (hereinafter collectively "Grand Sichuan NY Defendants"); GRAND SICHUAN 75 ST, INC. d/b/a Grand Sichuan 74 and LI JIANG (hereinafter collectively "Grand Sichuan 74 Defendants"); and GRAND SICHUAN 75 ST, INC. d/b/a Grand Sichuan 74 and YONG LI LI (hereinafter collectively "Grand Sichuan 75 Defendants"), in the amount of $5,187.77, as follows: from Grand Sichuan NY Defendants in the amount of $5,187.77; from Grand Sichuan 74

   Defendants in the amount of $5,187.77; and from Grand Sichuan 75 Defendants in the amount of $0.00;

2. For Plaintiff YONG JUN LI, jointly and severally against Defendants in the amount of $9,522.68, as follows: from Grand Sichuan NY Defendants in the amount of $9,522.68; from Grand Sichuan 74 Defendants in the amount of $9,522.68; and from Grand Sichuan 75 Defendants in the amount of $3,886.81;

3. For Plaintiff LI WENG, jointly and severally against Defendants in the amount of $9,257.89, as follows: from Grand Sichuan NY Defendants in the amount of $9,257.89; from Grand Sichuan 74 Defendants in the amount of $7,986.76; and from Grand Sichuan 75 Defendants in the amount of $4,454.59; and

4. For Plaintiff YOUMIN SHEN, jointly and severally against Defendants in the amount of $20,481.56, as follows: from Grand Sichuan NY Defendants in the amount of $20,481.56; from Grand Sichuan 74 Defendants in the amount of $3,767.04; and from Grand Sichuan 75 Defendants in the amount of $20,481.56; and

5. For Plaintiff MIAO WANG, jointly and severally against Defendants in the amount of $2,328.13, as follows: from Grand Sichuan NY Defendants in the amount of $2,328.13; from Grand Sichuan 74 Defendants in the amount of $2,328.13; and from Grand Sichuan 75 Defendants in the amount of $0.00; and

6. For Plaintiff WEI WEI DING, jointly and severally against Defendants in the amount of $7,254.95, as follows: from Grand Sichuan NY Defendants in the amount of $7,254.95; from Grand Sichuan 74 Defendants in the amount of $5,803.96; and from Grand Sichuan 75 Defendants in the amount of $4,662.20; and

7. For Plaintiff WEI TING ZHAO, jointly and severally against Defendants in the amount of $1,136.14, as follows: from Grand Sichuan NY Defendants in the amount of $1,136.14; from Grand Sichuan 74 Defendants in the amount of $1,136.14; and from Grand Sichuan 75 Defendants in the amount of $208.68; and

8. For Plaintiff YUHAI ZHU, jointly and severally against Defendants in the amount of $1,204.70, as follows: from Grand Sichuan NY Defendants in the amount of $1,204.70; from Grand Sichuan 74 Defendants in the amount of $1,204.70; and from Grand Sichuan 75 Defendants in the amount of $0.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiffs YUNJIAN LIN, YONG JUN LI, WEI WEI DING, LI WENG, WEI TING ZHAO, YUHAI ZHU, YOUMIN SHEN, and MIAO WANG be awarded attorney fees from Defendants, jointly and severally, in the amount of $__43,247.34, and costs in the amount of $__4,033.10; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiffs YUNJIAN LIN, YONG JUN LI, WEI WEI DING, LI WENG, WEI TING ZHAO, YUHAI ZHU, YOUMIN SHEN, and MIAO WANG be awarded post-judgment interest, as calculated pursuant to 28 U.S.C. § 1961; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that if any of the foregoing amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by N.Y. Lab. L. § 198(4); and

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.

Dated: New York, NY
May 5, 2025

*Jessica Clarke*

Hon. Jessica G.L. Clarke, U.S.D.J.